UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:26-cv-10378-RAO Date: September 23, 2026
Title: Roque Humberto Garcia-Garcia v. David Venturella et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| C. Delgado | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter/Recorder: N/A |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS**

On September 14, 2026, Petitioner, then in custody at an immigration detention facility in El Paso, Texas, and represented by counsel, initiated this habeas action pursuant to 28 U.S.C. § 2241. Dkt. No. 1 ("Pet."). El Paso County is located within the United States District Court for the Western District of Texas. *See* 28 U.S.C. § 124(d)(3). Because Petitioner was not housed at a location within this District at the time he filed the petition, the Court lacks jurisdiction over this matter. *See Doe v. Garland*, 109 F.4th 1188, 1192, 1199 (9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004). However, the Court finds that the interests of justice weigh in favor of transfer of this action instead of dismissal. *See* 28 U.S.C. §§ 1406(a), 2241(b). Dismissal of the matter would require Petitioner to re-file his case, which would delay adjudication of the merits of the petition.[1]

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a) and § 2241(b), the Court orders this case be transferred from this Court to the Western District of Texas. Once the matter is transferred, the Clerk of the Court is directed to close (JS-6) the case in this District.

**IT IS SO ORDERED.**

[1] Petitioner does not oppose transfer of this action to the Western District of Texas. *See* Dkt. No. 11.